No. 87–2009.  GREENMAN v. UNITED STATES, 488 U. S. 824;

No. 88–237.  NOEL v. DEPARTMENT OF SANITATION OF CITY OF NEW YORK, 488 U. S. 925;

No. 88–459.  ANDERSON ET AL. v. UNITED STATES, 488 U. S. 966;

No. 88–736.  WANKOFF, INDIVIDUALLY AND AS ADMINISTRATRIX OF THE ESTATE OF WANKOFF v. TIBBS ET AL., 488 U. S. 1007;

No. 88–751.  ROWLAND v. ALAMEDA COUNTY PROBATION DEPARTMENT, 488 U. S. 982;

No. 88–896.  POLYAK v. HULEN ET AL., 488 U. S. 999;

No. 88–5603.  INGRAM v. KEMP, WARDEN, 488 U. S. 975;  ·

No. 88–5701.  SPAN v. DUGGER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL., 488 U. S. 973;

No. 88–5716.  LEMBERG v. TSENG ET AL., 488 U. S. 984;

No. 88–5768.  SELLNER v. PRINCE GEORGE'S COUNTY, MARYLAND, ET AL., 488 U. S. 985;

No. 88–5852.  BETKA v. CITY OF WEST LINN, OREGON, ET AL. (two cases), 488 U. S. 999;

No. 88–5860.  TROTZ v. UNITED STATES DISTRICT COURT, WESTERN DISTRICT OF PENNSYLVANIA, ET AL., 488 U. S. 1015;

No. 88–5880.  SINGLETON v. THIGPEN, COMMISSIONER, ALABAMA DEPARTMENT OF CORRECTIONS, 488 U. S. 1019; and

No. 88–5982.  IN RE GILL, 488 U. S. 1002.  Petitions for rehearing denied.

No. 87–7311.  POINDEXTER v. OHIO, 488 U. S. 916.  Motion for leave to file petition for rehearing denied.

No. 88–575.  BURT v. MAUI ARCHITECTURAL GROUP, INC., ET AL., 488 U. S. 962.  Motion of appellant to consolidate denied. Petition for rehearing denied.

No. 88–647.  WHITEHORN ET UX. v. MURPHY ET AL., 488 U. S. 997.  Petition for rehearing denied.  JUSTICE BRENNAN and JUSTICE STEVENS took no part in the consideration or decision of this petition.

No. 88–656.  FRIEDMAN v. FERGUSON ET AL., 488 U. S. 993;

No. 88–677.  BOYLE, PERSONAL REPRESENTATIVE OF THE HEIRS AND ESTATE OF BOYLE v. UNITED TECHNOLOGIES CORP., 488 U. S. 994; and

No. 88–5921. IN RE MARTIN, 488 U. S. 1002. Petitions for rehearing denied. JUSTICE BRENNAN took no part in the consideration or decision of these petitions.

FEBRUARY 24, 1989

No. A–638 (88–6585). FETTERLY v. IDAHO. Sup. Ct. Idaho. Application to continue stay of execution of death warrant, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied.

JUSTICE BRENNAN and JUSTICE MARSHALL, dissenting.

Adhering to our views that the death penalty is in all circumstances cruel and unusual punishment prohibited by the Eighth and Fourteenth Amendments, *Gregg* v. *Georgia*, 428 U. S. 153, 227, 231 (1976), we would grant the application for stay of execution and the petition for writ of certiorari and would vacate the death sentence in this case.

No. A–671 (88–6635). WILLIAMS v. KEMP, WARDEN. C. A. 11th Cir. Application of respondent for an order to vacate the stay of execution of sentence of death entered by the United States Court of Appeals for the Eleventh Circuit, presented to JUSTICE KENNEDY, and by him referred to the Court, denied.

FEBRUARY 27, 1989

No. 88–1017. AJAX NAVIGATION CORP. v. DOS SANTOS. Dist. Ct. App. Fla., 3d Dist. Certiorari dismissed under this Court's Rule 53.

No. 88–715. BURLESON v. BURLESON. Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of substantial federal question.

No. 88–5990. ROBINSON v. UNITED STATES DEPARTMENT OF EDUCATION. Appeal from D. C. E. D. Pa. dismissed for want of jurisdiction.

No. 88–6242. ROBINSON v. ENGLISH DEPARTMENT OF THE UNIVERSITY OF PENNSYLVANIA ET AL. Appeal from D. C. E. D. Pa. dismissed for want of jurisdiction.